UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO AUGUSTO SANTIBANEZ VASQUEZ (A# 246-057-182),

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,

Respondent.

No. 1:26-cv-04482 DJC SCR

ORDER

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Respondent filed objections to the findings and recommendations for the reasons indicated in their prior responsive pleading.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 15) are adopted in full.

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED.

3. Respondent is ordered to immediately release Petitioner Sergio Augusto Santibanez Vasquez (A# 246-057-182) from their custody and to return all of Petitioner's documents and possessions at the time of release.

4. Respondent is directed to file a notice certifying compliance with the above provisions within three (3) days from the date of any final order requiring release.

5. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days of notice to Petitioner and provide Petitioner with a bond hearing before an immigration judge at which the government must prove by clear and convincing evidence that Petitioner is a flight risk or danger to the community such that his re-detention is warranted.

6. Petitioner's motions for temporary restraining order (ECF Nos. 2 and 14) are DENIED as moot.

7. This order does not address the circumstances in which Respondent may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal.

8. The Clerk of Court is directed to:

a. Serve a copy of any release order on the California City Immigration Processing Center; and

b. Enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE